Rebecca R. Hanson (*Pro Hac Vice* to be submitted)
rhanson@reedsmith.com
**REED SMITH LLP**
10 South Wacker Drive
40th Floor
Chicago, IL 60606-7507

Karen A. Braje (SBN 193900)
Email: kbraje@reedsmith.com
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants
United Behavioral Health and Motion Picture Industry Health Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL H., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED BEHAVIORAL HEALTH; MOTION PICTURE INDUSTRY HEALTH PLAN; MEDICAL REVIEW INSTITUTE OF AMERICA, LLC; and DOES 1 through 10, <br><br> Defendants. | Case No. 3:23-CV-00710 <br><br> **JOINT STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE UP TO AND INCLUDING APRIL 25, 2023** |

# STIPULATION

Plaintiff Michael H. ("Plaintiff") and Defendants United Behavioral Health ("United"), Motion Picture Industry Health Plan ("MPIHP") and Medical Review Institute of America, LLC ("MRIA") (collectively "Defendants")(Plaintiff and Defendants are referred to collectively as "Parties") hereby submit, through their undersigned counsel, the following Stipulation:

WHEREAS, Plaintiff filed the Complaint in this case on February 16, 2023;

WHEREAS, Plaintiff served all Defendants with the Complaint and Defendants' responsive pleading deadline(s) are approaching;

WHEREAS, Defendants requested an extension of time to respond to the Complaint up to and including April 25, 2023;

WHEREAS, counsel for Defendants United and MPIHP conferred with counsel for Plaintiff on March 8, 2023, regarding this extension and Plaintiff agreed to the requested extension of the pleading deadline;

WHEREAS, counsel for Defendant MRIA conferred with counsel for Plaintiff on March 14, 2023, regarding this same extension and Plaintiff agreed to the requested extension;

WHEREAS, Defendants have not made any prior request for an extension of time to respond to the Complaint in this case; and

WHEREAS, the extension to which the Parties have agreed does not alter the date of any event or deadline already fixed by the Court.

Based on the foregoing, the Parties hereby **STIPULATE** that Defendants' deadline to respond to the Complaint is extended up to and including April 25, 2023.

**IT IS SO STIPULATED.**

DATED:  March 17, 2023.          **DL LAW GROUP**

By:  /s/ *David M. Lilienstein*
David M. Lilienstein
Katie J. Spielman
Attorney for Plaintiff
Michael H.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DATED: March 17, 2023.

**REED SMITH LLP**

By: */s/ Karen A. Braje*
    Karen A. Braje
    Attorney for Defendants
    United Behavioral Health and Motion Picture Industry Health Plan

DATED: March 17, 2023.

**KUNZLER, BEAN & ADAMSON**

By: */s/ R. Jeremy Adamson*
    R. Jeremy Adamson
    Attorney for Defendant
    Medical Review Institute of America, LLC

**ATTESTATION OF CONCURRENCE OF CONFORMED SIGNATORIES**

**CIVIL L.R. 5-1**

Pursuant to Civil L.R. 5-1(i) the undersigned ECF user attests that concurrence in the filing of the foregoing document has been obtained from each of the other Signatories to the document.

REED SMITH LLP

By: /s/ *Karen A. Braje*
     Karen A. Braje
     Attorneys for Defendant
     United Behavioral Health and Motion Picture
     Industry Health Plan