Karen A. Braje (SBN 193900)
Email: kbraje@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415.543.8700
Facsimile: +1 415.391.8269

Carol B. Lewis
Email: carol.lewis@reedsmith.com
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213.457.8000
Facsimile: +1 213.457.8080

Rebecca R. Hanson (admitted *pro hac vice*)
Email: rhanson@reedsmith.com
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone: +1 312.207.1000
Facsimile: + 1 312.207.6400

Attorneys for Defendants United Behavioral Health and
Motion Picture Industry Health Plan

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL H.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH; MOTION PICTURE INDUSTRY HEALTH PLAN; MEDICAL REVIEW INSTITUTE OF AMERICA, LLC; and DOES 1 through 10,<br><br>　　　　　　　Defendants. | Case No. 3:23-cv-00710<br><br>**SEALED VOLUMES 8-14 TO DECLARATION OF CAROL B. LEWIS IN SUPPORT OF DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>**(ADMINREC0005430-ADMINREC0008651)** |

DECLARATION OF CAROL B. LEWIS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE
MOTION TO FILE UNDER SEAL