David M. Lilienstein, SBN 218923
david@dllawgroup.com
Katie J. Spielman, SBN 252209
katie@dllawgroup.com
**DL LAW GROUP**
345 Franklin St.
San Francisco, CA 94102
Telephone: (415) 678-5050
Facsimile: (415) 358-8484

Attorneys for Plaintiff,
MICHAEL H.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL H.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH; MOTION PICTURE INDUSTRY HEALTH PLAN; MEDICAL REVIEW INSTITUTE OF AMERICA, LLC; and DOES 1 through 10,<br><br>　　　　Defendants. | Case No.  3:23-cv-00710--JD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING REVISED BRIEFING AND HEARING SCHEDULE** |

Plaintiff Michael H. ("Plaintiff") and Defendants United Behavioral Health ("United"); Motion Picture Industry Health Plan ("MPI"); and Medical Review Institute of America, LLC ("MRI") (United, MPI, and MRI are referred to hereinafter collectively as "Defendants") (Plaintiff and Defendants are referred to collectively as "the Parties") hereby submit this Stipulation Regarding Supplemental Briefing Schedule and Continued Hearing Date on Motions for Summary Judgment.

## RECITALS

WHEREAS, Plaintiff filed the Complaint in this action on February 16, 2023; and

WHEREAS, the Court issued a scheduling order on April 30, 2024; and

WHEREAS, the deadline to lodge the Administrative Record was September 13, 2024; and

WHEREAS, the deadline for the Plaintiff to file a Rule 56 motion for summary judgment is October 11, 2024; and

WHEREAS, the deadline for Defendants to file opposition to Plaintiff's Rule 56 cross-motion for summary judgement is November 1, 2024; and

WHEREAS Plaintiff's and Defendants' deadlines to file their replies are November 15 and November 22, respectively, and;

WHEREAS, the summary judgement hearing is currently set for January 16, 2025; and

WHEREAS the parties have begun settlement discussions and;

WHEREAS the parties have agreed to engage in private mediation and;

WHEREAS the mediation is set for January 29, 2025, with Adrienne Publicover at JAMS, and;

WHEREAS January 29 was the first available mediation date acceptable to all parties, and;

WHEREAS, in addition, the administrative record in this ERISA action is in excess of 15,000 pages, which would make it exceedingly difficult and burdensome for Plaintiff to review and at the same time prepare a motion for judgment given the current pleading schedule, and;

WHEREAS, the Parties have met and conferred regarding a revised motion for judgment briefing schedule and hearing date, and jointly propose the following revised schedule:

| Event | New Date |
|---|---|
| Plaintiff's deadline to file Rule 56 motion for summary judgment currently set for October 11, 2024 | February 13, 2025 |
| Defendants' deadline to file opposition and cross-motion, currently set for November 1, 2024 | March 13, 2025 |
| Plaintiff's deadline to file combined reply and opposition, currently set for November 15, 2024 | April 10, 2025 |
| Deadline for Defendant to file reply in support of cross-motion, currently set for November 22, 2024 | May 8, 2025 |
| Summary judgment hearing, currently set for January 16, 2025 at 10:00 a.m. | June 19, 2025 at 10 a.m. |

///

///

///

///

///

///

///

**STIPULATION AND [PROPOSED] ORDER**               **CASE NO. 3:23-cv-00710--JD**

# STIPULATION

NOW, THEREFORE, The Parties hereby stipulate and agree to the following revised briefing schedule and hearing date for the Rule 56 Motions for Summary Judgment:

| Event | New Date |
| --- | --- |
| Plaintiff's deadline to file Rule 56 motion for summary judgment currently set for October 11, 2024 | February 13, 2025 |
| Defendants' deadline to file opposition and cross-motion, currently set for November 1, 2024 | March 13, 2025 |
| Plaintiff's deadline to file combined reply and opposition, currently set for November 15, 2024 | April 10, 2025 |
| Deadline for Defendant to file reply in support of cross-motion, currently set for November 22, 2024 | May 8, 2025 |
| Summary judgment hearing, currently set for January 16, 2025 at 10:00 a.m. | June 19, 2025 at 10 a.m. |

///

///

///

///

///

///

///

///

| | | |
|---|---|---|
| 1 | Dated: September 26, 2024 | Respectfully submitted, |
| 2 | | **DL LAW GROUP** |
| 4 | | By: */s/ David Lilienstein* ___ |
| 5 | | David M. Lilienstein<br>Katie J. Spielman |
| 6 | | Attorneys for Plaintiff, MICHAEL H. |
| 7 | Dated: September 26, 2024 | **REED SMITH LLP** |
| 8 | | By: */s/ Carol Lewis* |
| 9 | | Carol Lewis |
| 10 | | Rebecca Hanson<br>Karen Braje |
| 11 | | Attorneys for Defendant<br>UNITED BEHAVORIAL HEALTH and |
| 12 | | MOTION PICTURE INDUSTRY HEALTH PLAN |
| 14 | Dated: September 26, 2024 | **KUNZLER BEAN & ADAMSON, PC** |
| 16 | | By: */s/ Jeremy Adamson* |
| 17 | | Jeremy Adamson<br>Chad Pehrson |
| 18 | | Attorneys for Defendant<br>MEDICAL REVIEW INSTITUTE OF |
| 19 | | AMERICA, LLC |

# [PROPOSED] ORDER

Pursuant to the Parties' Stipulation, the Court ORDERS the following revised schedule and continued hearing date for Rule 56 Motions for Summary Judgment:

| Event | New Date |
|---|---|
| Plaintiff's deadline to file Rule 56 motion for summary judgment currently set for October 11, 2024 | February 13, 2025 |
| Defendants' deadline to file opposition and cross-motion, currently set for November 1, 2024 | March 13, 2025 |
| Plaintiff's deadline to file combined reply and opposition, currently set for November 15, 2024 | April 10, 2025 |
| Deadline for Defendant to file reply in support of cross-motion, currently set for November 22, 2024 | May 8, 2025 |
| Summary judgment hearing, currently set for January 16, 2025 at 10:00 a.m. | June 19, 2025 at 10 a.m. |

IT IS SO ORDERED.

Date:_____, 2024        By:_____
                                           Hon. Judge James Donato